ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
JUN 23 1998
NANCY DOHERTY, CLERK
By _____ Deputy

| | | |
|---|---|---|
| EUGENE D. PAINTER, MITCH SPROWSO, ROBERT E. SUCHAN and RANDALL TUCKER, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3-97-CV-1658-H |
| vs. | § § | |
| OCCIDENTAL CHEMICAL CORPORATION, d/b/a OXYCHEM, | § § § | ENTERED ON DOCKET JUN 24 1998 PURSUANT TO F.R.C.P. RULES 58 AND 79a |
| Defendant. | § § | |

## ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

On this day came to be considered the Joint Motion to Dismiss With Prejudice, which was filed by Plaintiffs Eugene D. Painter, Mitch Sprowso, Robert E. Suchan and Randall Tucker and Defendant Occidental Chemical Corporation, d/b/a OxyChem in the above-captioned case. After considering the pleadings on file and after noting that it is an agreed motion, the Court finds that the motion is well-taken. It is therefore

ORDERED that this cause be dismissed <u>with prejudice</u>, and that all costs and expenses (except to the extent otherwise agreed by the parties), including attorneys' fees, be borne by the party incurring same.

DATED this 23 day of June, 1998.

_____
UNITED STATES DISTRICT JUDGE

DLMAIN01: 272495_1.WPD